AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| VINH HUYNH, QUANG LE, and KIM NGUYEN | ) | Case No. 17-MJ-2289-MBB |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____11/14/16 - 06/19/17_____ in the county of _____Suffolk and Norfolk_____ in the

_____ District of _____Massachusetts_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1201; | Kidnapping; |
| 18 USC 894; and | Conspiracy to Collect Extensions of Credit by Extortionate Means; and |
| 18 USC 1955 | Illegal Gambling Business |

This criminal complaint is based on these facts:

See attached Affidavit of FBI Special Agent Matthew J. Riportella

☑ Continued on the attached sheet.

_____
Complainant's signature

MATTHEW J. RIPORTELLA, SA FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: August 21, 2017

_____
Judge's signature

City and state:          Boston, Massachusetts

Marianne B. Bowler, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF APPLICATIONS FOR CRIMINAL COMPLAINTS

I, MATTHEW J. RIPORTELLA, Special Agent with the Boston Organized Crime Task Force of the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows.

1.     I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and make arrests for offenses enumerated in Section 2510(7) of Title 18, United States Code.

## AGENT BACKGROUND

2.     I joined the FBI in June, 2012. Since November, 2012, I have been assigned to the Organized Crime Task Force of the FBI's Boston Division. I have received extensive training in narcotics enforcement and illegal gambling and organized crime investigations, including the following: twenty-one (21) weeks of basic training at the FBI Academy in Quantico, Virginia, which included approximately three weeks of training related to organized crime and drug investigations and a class on financial crimes and money laundering; and numerous hours of on-the-job training in illegal gambling and organized crime investigations. I have also attended a money laundering seminar regarding how criminals launder the proceeds of criminal activity and a seminar relating to illegal video poker machines.

3.     As an FBI Special Agent, I have participated in investigations relating to illegal gambling, bookmaking, extortion and narcotics crimes. I am aware of different ways that bookmakers accept bets from their bettors, how the bets are recorded and monitored, and the different ways money is exchanged between bookmaker and bettor. In particular, I am also familiar with the means and methods by which bookmakers can have bettors place bets either over

1

the telephone or via websites that the bookmaker can then review from an Internet-connected computer and either pay or collect money from a bettor depending on the outcome of the bettor's wager. I have debriefed, and continue to debrief, defendants, informants, and witnesses who have personal knowledge about the operation of illegal bookmaking groups in Massachusetts.

4.      Many of the investigations in which I have participated were national in scope, and required me to work closely, and to share information and intelligence, with members of other law enforcement agencies, including the Massachusetts State Police ("MSP"), the Drug Enforcement Administration ("DEA"), the Quincy Police Department, the Boston Police Department, Homeland Security Investigations, and the United States Attorney's Office for the District of Massachusetts.

5.      As an FBI Special Agent, I have used various investigatory tools and techniques, including confidential informants, cooperating witnesses, undercover agents, physical surveillance, search warrants, telephone toll analysis, court-authorized electronic surveillance, grand jury investigations, and witness interviews. I am familiar with the benefits and limitations of these techniques. I have also participated in the execution of search warrants resulting in the seizure of bookmaking ledgers and related paper work, both physical and electronic; United States currency; records of monetary transactions; bettor lists and other documents relating to illegal gambling; and computers, cell phones, and other electronic devices used in the conduct of illegal gambling businesses.

6.      I am the case agent for this investigation and have worked closely with other FBI special agents and law enforcement personnel. Accordingly, I am familiar with the facts concerning this investigation.

## PURPOSE OF THE AFFIDAVIT

7.     I submit this Affidavit in support of a complaints charging VINH HUYNH ("HUYNH"), QUANG LE, and KIM NGUYEN with kidnapping in violation of 18 U.S.C. § 1201, conspiracy to collect extensions of credit by extortionate means in violation of 18 U.S.C. § 894, and illegal gambling business in violation of 18 U.S.C. § 1955 [1] (collectively, the "Target Offenses") and BAN "BO" TRAN with illegal gambling business.

8.     I make this affidavit based upon my personal knowledge derived from my participation in this investigation and upon information I believe to be reliable, including reports of other law enforcement agents, consensually recorded telephone calls and conversations, communications intercepted pursuant to court-authorized surveillance, and information provided by confidential sources.  Because this affidavit is being submitted for the limited purpose of swearing out a criminal complaint, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause for the complaint.

## FACTS ESTABLISHING PROBABLE CAUSE

9.     On November 15, 2016, a cooperating witness (hereinafter "CW-1") provided information to the FBI regarding CW-1's kidnapping, which took place on November 14, 2016, and was undertaken to collect a gambling debt owed by CW-1.[2]  CW-1 reported the following:

---

[1] The illegal gambling business violates Mass. Gen. Laws Ch. 271, §§ 16A and 17.

[2] I know CW-1's name and address.  CW-1 has lawful income and does not have a criminal record.  CW-1 began cooperating out of fear of further harm by members of HUYNH's crew.  At CW-1's request, the FBI has promised to help protect CW-1 and CW-1's family against future harm.  The FBI has provided $15,050 towards the repayment of CW-1's debt and has otherwise not paid CW-1 for any services or expenses for CW-1's cooperation.  I am aware that CW-1 has

a.      CW-1 owed approximately $40,000 to a bookmaker named Vinh, whom the

FBI has identified as HUYNH, and Vinh's agent QUANG LE.[3]  CW-1 said that

VINH HUYNH used 617-820-9081 (hereinafter, "Target Telephone 1") to

communicate with CW-1.  Prior to November 15, 2016, QUANG LE sent text

messages to CW-1, telling CW-1 that QUANG LE knew where CW-1 lived and

hung out and where CW-1's wife lived, asking why CW-1 was hiding from

QUANG LE and telling CW-1 that it would not be good for CW-1 to hide from

QUANG LE.[4]  On November 11, 2016, CW-1 received a text message from

QUANG LE that said this.[5]

b.      Three or four weeks prior to November 15, 2016, three or four men went to

---

been in an extra-marital relationship.  Because CW-1's information has been corroborated by other
confidential sources, information obtained from various public databases, physical surveillance,
and through consensually monitored meetings and telephone communications, I believe that CW-
1's information is reliable.

[3] In a later debriefing, CW-1 explained that CW-1 met QUANG LE at a pool hall on
Columbia Road in Dorchester and placed his bets via text message or phone call to QUANG LE
from CW-1's cellphone.  If CW-1 placed a $100 bet, CW-1 would receive $100 for winning but
would have to pay $110 for losing (for larger bets, the percentage was smaller: CW-1 would have
to pay $525 on a $500 bet).  I later reviewed data for CW-1's cellphone which was consistent with
CW-1's betting.  For example, I saw a text message from CW-1 to QUANG LE at 857-204-2800
(hereinafter "Target Telephone 2") on October 10, 2016, at 8:15 p.m., which read "Car 5 Car + ov
5 Ov5", to which QUANG LE replied "ok".  I am aware that, on October 10, 2016, the Carolina
Panthers of the NFL had a game against the Tampa Bay Buccaneers.  CW-1 explained that these
texts were three bets: one for Carolina to win for $500, the second an action-reverse bet for
Carolina to win and the total points scored to be over the line for $500, and the third for the total
points scored to be over the line for $500.

[4] The FBI downloaded the contents of CW-1's phone and submitted the text messages,
which were in Vietnamese, for translation.  In a text message sent from QUANG LE to CW-1 on
October 14, 2016, the total was listed as $39,800.  Later the same day, QUANG LE sent messages
that read: "Mother fuck, if you are out on the street, then you a dead man" and "Disappear forever.
If you come out here, they will kill you."

[5] That text message read: "Wherever you're hiding, [CW-1], they already knew.  They
found out you live in ….  You need to be careful and that is my advice to you.  You've treated me
like this so how long you think you can be hiding?"

4

CW-1's spouse's place of business to look for CW-1.

c.      In early November 2016, KIM NGUYEN called an associate of CW-1 and said that he was looking for CW-1 and was going to Twin River Casino to find CW-1.

d.      On November 14, 2016, sometime around 10:30 p.m., QUANG LE and KIM NGUYEN grabbed CW-1 as CW-1 got out of CW-1's car at CW-1's residence.  They took CW-1's wallet, which included CW-1's license, license to carry a firearm, and credit cards, passport, house keys and car keys.  KIM NGUYEN held onto CW-1's cellphone.  They drove in a dark colored Toyota to what CW-1 thought might be HUYNH's house, where HUYNH got into the car, and then to the Mather School in Dorchester.  HUYNH and QUANG LE alternated holding CW-1's arms, and while the other hit CW-1 in the head, stomach and back. At some point, a person whom CW-1 called BO TRAN arrived in his own vehicle and watched.[6]  CW-1 believed that TRAN was acting as a lookout.  CW-1 saw that QUANG LE, KIM NGUYEN, and HUYNH had knives on their belts.[7]  They dropped CW-1 at CW-1's residence, returned CW-1's cellphone, and said that CW-1 had until 1 p.m. on November 15, 2016 to pay $10,000.

e.      On November 15, 2016, CW-1 spoke to QUANG LE and said that CW-1 needed more time to get the money.  QUANG LE gave CW-1 until 5 p.m. to come up with the money.

---

[6] CW-1 originally reported that BO first grabbed CW-1 with QUANG LE and KIM NGUYEN.  In a later debriefing, CW-1 stated that BO arrived after the kidnapping had already started.

[7] CW-1 later clarified that QUANG LE had a knife and that KIM NGUYEN and HUYNH appeared to have weapons.

10.     On November 28, 2016, CW-1 was shown three photo arrays, each consisting of 8 Asian males. CW-1 identified HUYNH, KIM NGUYEN and BAN ANH TRAN from their Massachusetts Registry of Motor Vehicles driver license pictures.  On December 8, 2016, CW-1 was shown a photo array of 8 Asian males and identified QUANG LE from his Massachusetts Registry of Motor Vehicles driver license picture.

11.     The FBI obtained an order for the Historical Cell Site Information ("HCSI") for the cellular telephones of HUYNH, QUANG LE, KIM NGUYEN, BO TRAN and CW-1 for the time surrounding the kidnapping.  I am aware that the telephone service provider records HCSI for each time that the cellular telephone is in use;[8] as a result, the absence of HCSI indicates that the telephone was not in use.  According to that information, there were telephone contacts among HUYNH, QUANG LE, BO TRAN and KIM NGUYEN from the time period between 8:29 p.m. and 10:46 p.m.  According to HCSI, between 8:29 p.m. and 9:52 p.m., HUYNH, KIM NGUYEN, BO TRAN and QUANG LE were all in Dorchester.  At 9:52 p.m., KIM NGUYEN's phone was in the area of 1000 Southern Artery, Quincy, Massachusetts.  At 10:00 p.m., QUANG LE and KIM NGUYEN separately had outgoing phone contacts with HUYNH; at that time, both QUANG LE's and KIM NGUYEN's phones were in Quincy in the area of CW-1's residence and HUYNH was still in Dorchester.  I believe that at about this time, QUANG LE and KIM NGUYEN likely kidnapped CW-1 (according to CW-1, HUYNH was not present when he was initially taken).

12.     Between 10:02 p.m. and 10:10 p.m., KIM NGUYEN's and QUANG LE's phones

---

[8] In order to receive or transmit data, such as an incoming or outgoing telephone call or text message, the cellular telephone must receive or send a signal to a nearby tower.  Whenever that happens, the service provider records both the call detail record and the cell site information.  When the cellular telephone is not in use, there is no signal and therefore no cell site information to be recorded.

progressed from towers between CW-1's residence and the area of 1448 Dorchester Avenue, Dorchester, which was where HUYNH's phone was. At 10:06 p.m., HUYNH's phone made a 58 second phone call to QUANG LE. [9] At 10:10 p.m., QUANG LE's phone made a 12 second contact, likely a call, with HUYNH's phone; for the first time, HUYNH's phone and QUANG LE were in the same area (the area of the tower at 1448 Dorchester Avenue). That tower is approximately 1/3 of a mile from Park Street, in the area where CW-1 said he was taken and where HUYNH got into the vehicle. Between 10:16 p.m. and 10:20 p.m., there was telephonic contact among HUYNH, BO TRAN and KIM NGUYEN; all three phones hit off a tower at 330 Bowdoin Street. That tower is in the area of the Mather School in Dorchester, where CW-1 reported CW-1 was taken to. As a result, I believe that, consistent with CW-1's report, all four targets were together with CW-1 for the kidnapping.

13.     Finally, between 10:29 p.m. and 10:45 p.m., there was no telephonic contact among the phones of HUYNH, QUANG LE, KIM NGUYEN or BO TRAN, which was likely because they were together. At 10:46 p.m., BO TRAN made a phone contact to KIM NGUYEN, which indicates that they had split by this time, and both phones were in Quincy, which is also consistent with CW-1's report. CW-1's first outgoing call was a 20 minute and 30 second call at 10:47 p.m., which CW-1 reported was to a friend asking what to do. I believe that this call confirms that CW-1 had been released by this time. From my review of the call detail records for the entire evening, I believe that HUYNH, QUANG LE, KIM NGUYEN and BO TRAN were likely first communicating regarding the kidnapping which was about to take place and then continued to update each other as the kidnapping was occurring, especially because CW-1 believed that BO

---

[9] CW-1 saw QUANG LE use his phone and address the other party as "Vinh." QUANG LE said that they had CW-1 and were on the way.

TRAN did not join the group until the kidnapping was in progress, a few minutes later.  In particular, I believe that the phone call at 10:10 p.m., between QUANG LE and HUYNH was to inform HUYNH that they had CW-1 and were in the vicinity of 240 Park Street so HUYNH could join them.

*Controlled Payments By CW-1*

14.     Under FBI supervision, CW-1 made a series of consensually recorded communications (telephone calls, text messages and in-person meetings).  The FBI also directed CW-1 to make controlled payments to HUYNH and/or QUANG LE in repayment of the gambling debt.

15.     On Tuesday, November 15, 2016 (the previously set deadline), CW-1 made a consensually recorded telephone call to QUANG LE at 857-204-2800 (i.e., Target Telephone 2).[10] CW-1 said that CW-1 would not have the $10,000 and was planning to have $5,000 on Friday (November 18).  CW-1 begged QUANG LE to give CW-1 until Friday to have $10,000.  QUANG LE told CW-1 "then why did you say $5,000 today?  You must come up with $10,00 for Friday; they have yet to agree.  I'm going to plead with them now." [11]

16.     At 6:11 p.m., CW-1 received a call from HUYNH at 617-820-9081 (i.e., Target Telephone 1), which was consensually recorded.[12]  HUYNH said "the dude QUANG called and pleaded with me. Earlier, Mr. Ca [ph.] came down, he sat and talked with me all this time."  I believe that HUYNH had spoken to QUANG LE about CW-1's debt, and that HUYNH had spoken

---

[10] Unless otherwise specified, all of the telephone communications between CW-1 and QUANG LE were with Target Telephone 2.

[11] All of the recorded conversations described herein took place primarily in Vietnamese. An FBI Certified Linguist has provided translations, except where noted.  All translations or summaries are drafts subject to revision and correction.  Words in English are indicated by *italics*.

[12] Unless otherwise specified, all of the telephone communications between CW-1 and HUYNH were with Target Telephone 1.

to another participant in the illegal gambling business, "Mr. Ca," whom I have not identified. CW-1 confirmed that he would not have $5,000 that day and said that he had asked someone to loan CW-1 $5,000 for Friday if CW-1 came up with another $5,000. HUYNH asked, "so how much will you have for sure on Friday, including [the lender's] portion?" CW-1 answered $10,000. HUYNH said:

> "Give it you QUANG. QUANG can collect it, give him the $10,000. Are you absolutely sure that it will be $10,000 or, or exactly $5,000, or you'll say $5,000 when the time comes? We're not kidding on our end, OK? Yesterday you said, last night... Actually, when you said it yesterday that it will be for today, it should have been discussed today instead of having to wait until Friday.... So can you say for sure how much for Friday? Just say it one fucking time, don't be such a fucking nuisance, all right"

CW-1 then asked, "why are you cursing so much like that?" HUYNH said: "Mother fucker, when you won my money, when I handed it to you, did I tell you I was doing my best? Mother fucker, yesterday you said that... Now go ahead and tell me exactly how much for Friday." Later in the conversation, CW-1 promised to pay $8,000 " to be on the safe side" by Friday and $500 to $1,000 per week thereafter.

17.     Later that day (November 15, 2016), at 6:22 p.m., CW-1 received a consensually recorded telephone call from QUANG LE. In this call, QUANG LE asked CW-1,

> "Why did you talk nonsense like that? Why did you say that you'll give $5,000 today and $10,000 on Friday? No you ... so when Vinh [HUYNH] telephoned you earlier and you said that you're not giving money today, that you'll give it on Friday, what do you mean? I already talked to them. Now you're saying this, they'll say to me ... say all sorts of fucking things to me."

I believe that CW-1's false promise is consistent with CW-1's account of the kidnapping, because CW-1 would likely have made even a promise that CW-1 could not keep to be released.

18.     At 6:24 p.m., CW-1 placed a final consensually recorded call to QUANG LE. In this conversation, CW-1 asked for the return of his wallet. QUANG LE said, "Now he wants to

get the wallet?  The fuck!  There's my life left, who will take it?".

19.     On Friday, November 18, 2016, CW-1 made a consensually recorded telephone call
to KIM NGUYEN on (857) 999-6999 (hereinafter, "Target Telephone 3").  During this call, CW-
1 said "I was able to come up with only $2,000, so what do we do now?  Uh-uh--  Where is
QUANG?  Let me speak to QUANG, KIM."  NGUYEN said, "[wa]ait a minute, wait a minute,
uh-uh—*bye bye*."  The call was then disconnected.  CW-1 then had two consensually recorded
telephone calls with QUANG LE.  CW-1 again said CW-1 had $2,000.  QUANG LE said

> "I cannot accept it like that, [CW-1].  Cannot be like that.  You need to give all of it one
> time since I have to give it to people  They are waiting for it today.  You said it is now.  I
> cannot take it, cannot take it in advance like that.  Have to gather enough to give it to them
> in full.  I promised them till today and fuck they will not accept it.  You cannot talk like
> that.  How can you give in advance like that?...  It was like that before on several occasions
> and the problem was not resolved.  You talked and you promised.  Fuck, the other day you
> promised me Monday.  Not sure what you told them but the let you have till Friday.  You
> must have the money for them today.  You cannot talk like that.  It is the money, fuck, you
> cannot deduct, deduct like that."

As a result of not having the full payment of $10,000, CW-1's payment was again put off.

20.     On November 19, 2016, CW-1 reported that QUANG LE left a message for CW-
1, which CW-1 provided to the FBI.  That message said "Mother fucker.  Honestly.  Tired of
living," which was likely a threat against CW-1's life.  Later that day, QUANG LE left a series of
text messages for CW-1, which CW-1 provided to the FBI.  Those messages read, in part: "I
regretted to let you go the other day because I saw that you were miserable", which I believe was
a reference to the kidnapping.

21.     On November 28, 2016, CW-1 made a controlled payment of $1,000 to QUANG
LE under the direction of the FBI.  Prior to the meeting, CW-1 made a consensually recorded
telephone call to QUANG LE.  During the call, QUANG LE and CW-1 had the following
exchange:

| CW-1: | Uh huh. I don't have all the money so uh, whatever I have, I'll call you and give it to you; I'm giving you whatever I have. |
| LE: | In that case, how do I say it? Now why don't you keep it and give it to me whenever you have it altogether because I do not keep the stuff—your stuff; I have to get it from them. |

[Pause][Noise]

| CW-1: | Now--but right now, I don't have all of it right now, tsk! I want to give you whatever I have for uh you to keep, that's all. Then little by little uh… |
| LE: | [OV] What then? |
| CW-1: | I'm afraid that if I have it in my pocket, have it in my pocket, I will spend it, you know. I have $1,000, I give you $1,000; I have $2,000, I give you $2,000. |
| LE: | [OV] *OK,* give it to me to keep until you have all of it because I have to go over there to get-get the stuff from them to give you, uncle.[13] |

Based on my training and experience, QUANG LE and CW-1 were discussing the payment of CW-1's debt to QUANG LE and HUYNH. CW-1 told QUANG LE that he would pay whatever money he had to lower the debt. QUANG LE informed CW-1 that he did not have CW-1's stuff, which referred to CW-1's wallet, passport, driver's license, car keys and house keys, and that QUANG LE had to get it from them. At the end of the conversation, they agreed to meet at the "D and D," which meant the D & D Variety Store at 1002 Dorchester Avenue, Dorchester, Massachusetts.

22.   Prior to the meeting,[14] agents confirmed that CW-1 had exactly $1,000, and set up surveillance at 1002 Dorchester Avenue. Agents saw CW-1 arrive at D&D Variety, get out of CW-1's car, and meet on the street with an Asian male wearing a black hooded sweatshirt, with the hood up, who I believe was QUANG LE. CW-1 gave the money to QUANG LE, who counted it. CW-1 got back in CW-1's car and left the area. After CW-1's meeting with QUANG LE, CW-

---

[13]  CW-1 is not actually his uncle; I believe that the term is a term of address.

[14]  Each controlled payment described herein was conducted as follows: prior to and following the transaction, CW-1 and CW-1's vehicle were searched for contraband with negative results. CW-1 was provided with audio or audio/video recording equipment. In addition, law enforcement conducted surveillance of each controlled payment.

1 met agents in a pre-determined location and was searched; CW-1 did not have the money but had a set of car keys that CW-1 had not had prior to the controlled payment.  CW-1 said that QUANG LE returned the set of car keys that had been taken during the November 14, 2016 kidnapping.

23.    After that first controlled payment, CW-1 made the following additional payments, all under the FBI's direction.

| Date | Location | Amount | Payee(s) |
|------|----------|--------|----------|
| December 5, 2016 | 1 Fruean Place Dorchester | $1,000 | QUANG LE[15] |
| December 12, 2016 | Corner of Mayfield Street. and Dorchester Avenue | $1,500 | QUANG LE |
| December 20, 2016 | 1 Fruean Place Dorchester | $1,300 | QUANG LE[16] |
| December 27, 2016 | Phu Cuong Market Dorchester | $500 | QUANG LE[17] |
| January 2, 2017 | Burger King 1208 Dorchester Avenue Dorchester | $1,000 | QUANG LE and VINH HUYNH[18] |
| January 9, 2017 | 1305 Dorchester Avenue Dorchester | $1,000 | QUANG LE[19] |
| February 4, 2017 | King Do Bakery 1229 Dorchester Avenue Dorchester | $500 in Official Agency Funds ("OAF")[20] | QUANG LE and VINH HUYNH |
| February 12, 2017 | 28 Elmdale Street Dorchester | $250 in OAF | QUANG LE |
| February 20, 2017 | Truong Thinh II Market 1305 Dorchester Avenue Dorchester | $300 in OAF | QUANG LE |

[15] During this payment, CW-1 asked for the wallet.  QUANG LE said, "[t]he wallet, you pay like this, you think they'll give it to you?  Mother fucker, seriously!"

[16] Prior to the controlled payment, at 3:40 p.m., CW-1 sent a text message to HUYNH which read: "Hi Vinh, I'll be paying Quan $1300." According to pen register/trap-and-trace data, at 3:41 p.m., HUYNH placed an outgoing call to QUANG LE.

[17] The meeting ended at 3:31 p.m.  According to pen register/trap-and-trace data, QUANG LE's phone immediately sent an outgoing text message to HUYNH's phone, which replied seconds later.

[18] CW-1 met with HUYNH and QUANG LE the back of QUANG LE's car, a 2014 white Toyota Camry bearing MA Reg. 389ZT5, registered to QUANG LE (hereinafter, the "white Camry").

[19] After the meeting, agents followed QUANG LE first to 27 Paisley Park, Dorchester, where QUANG LE used his cell phone and spent about fifteen minutes, and then to 240 Park Street, where QUANG LE met with HUYNH on the porch.

[20] Official Agency Funds were money provided by the FBI to CW-1 for the purpose of paying CW-1's debt.

| March 6, 2017 | 506 Geneva Ave Dorchester | $1,000 in OAF | QUANG LE and VINH HUYNH |
|---|---|---|---|
| March 20, 2017 | Truong Thinh II Market 1305 Dorchester Avenue Dorchester | $2,000 in OAF | QUANG LE |
| April 21, 2017 | King Do Bakery 1229 Dorchester Avenue Dorchester | $2,000 in OAF | QUANG LE |
| May 22, 2017 | 6 Marlowe Street Dorchester | $1,500 in OAF | QUANG LE |
| May 30, 2017 | 6 Marlowe Street Dorchester | $500 in OAF | QUANG LE |
| June 13, 2017 | 6 Marlowe Street Dorchester | $1,000 in OAF | QUANG LE |
| June 26, 2017 | 6 Marlowe Street Dorchester | $3,000 in OAF | QUANG LE |
| July 20, 2017 | 6 Marlowe Street Dorchester | $3,000 in OAF | QUANG LE |

I am also aware of the following additional facts, which took place in the course of the collections

from CW-1.

24.     On December 8, 2016, at 1:59 p.m., prior to meeting with QUANG LE, CW-1

placed a consensually recorded phone call to HUYNH, and had the following exchange:

HUYNH:     [OV] I uh, [CW-1], you promised to give the money but why are you giving it to us in such a weird way, [CW-1]?

CW-1:     It's not that! Well uh, uh, generally speaking, every week, I borrow—no, [Inhaling]    Well, generally speaking, you know something, Vinh?

HUYNH:     [OV] Yesterday, you just… You were down there playing at the *casino*.

CW-1:     No, I went with my girl, my girlfriend, my girlfriend played, uh, with just a couple of hundred only. But then if-if she wins, she'll still hand it to me to bring back and I will still pay you guys. I went up there to hang out; as you know, I don't have the money to play a whole lot; besides, I only played with a couple of hundred. If I'm a little lucky, I'll be able to make a couple of thousand and will still give it to you guys when I come back. [Inhaling] Also, when you called me, Vinh, I'd have no way to hear it because I was at the work place, the signal is very weak; it only appears when outside.

HUYNH:     Because my side, you—I—I went ahead and promised to the house that once it's-- then you—when I get exactly $10,000 then I'll give the stuff to you.

13

Based on my training and experience, I believe that HUYNH, who acknowledged the debt, wanted CW-1 to pay all at once, rather than by installments, which HUYNH characterized as a "weird way". HUYNH was also calling because HUYNH had heard that CW-1 had been at a casino, which (I believe) HUYNH understood to mean that CW-1 was gambling with money that CW-1 could have paid to HUYNH. CW-1 assured HUYNH that CW-1 had not been gambling.

25.    On December 21, 2016, at 4:21 p.m., CW-1 received a consensually recorded telephone call from HUYNH. In a consensually recorded telephone call with QUANG LE earlier that day, QUANG LE had told CW-1 that HUYNH wanted CW-1's social security number. CW-1 was concerned why HUYNH wanted his social security number and the following exchange occurred:

CW-1:    Hey Vinh!

HUYNH:    Uh *sorry,* I was in the tunnel earlier; I couldn't hear.

CW-1:    Yeah, do you know something, Vinh, the--

HUYNH:    [OV] Yes?

CW-1:    -regarding the *social security,* Vinh, do you want to get the number or the card itself? The card, I do not know where it is, I'll look for it.

HUYNH:    Well, don't worry, I can keep the *passport,* no worries.

26.    On December 22, 2016, at 2:11 p.m., CW-1 placed a consensually recorded phone call to QUANG LE to arrange a meeting to retrieve CW-1's wallet back from QUANG LE. Agents followed the procedures described above and instructed CW-1 to meet with QUANG LE. At 2:35 p.m., surveillance agents observed CW-1 meeting with QUANG LE in the vicinity of the intersection of Elmdale Street and Adams Street in Dorchester, Massachusetts. Agents saw QUANG LE leave his residence at 28 Elmdale Street and drive in the white Camry, and then saw

14

QUANG LE walk up to CW-1's vehicle and hand a wallet to CW-1. Following the meeting, agents searched CW-1 and found a wallet, which CW-1 had not had prior to the meeting, which contained CW-1's license, CW-1's license to carry a firearm,[21] multiple credit cards and other cards. I believe that the wallet and cards inside had been taken from CW-1 during the kidnapping.

27.   On February 4, 2017, during the controlled payment at the King Do Bakery, CW-1 and QUANG LE and HUYNH had the following exchange:

HUYNH:   [OV] So you're going to pay on a weekly basis?

LE:   But right now you're still have, you pay—

CW-1:   [OV] If the *jobs* come in…

LE:   -let's say how much can you pay for $40,000?

CW-1:   [OV] If I can get a lot of *jobs*… What?

LE:   [taps, taps] Out of the $40,000, you just paid $12,500 only, why are you talking that way? [UI-OV]

CW-1:   [OV] But now, right now… $12,500, I'm holding $500 now, I'm handing it to you Quang so that's $13,000. Then [UF voice], when the *job starts* again on the 14th, then have peace in mind.

28.   On February 27, 2017, at 12:07 p.m.CW-1 received a consensually recorded phone call from HUYNH, which went to voicemail  HUYNH's message was "Mother fuck, you have to call back!  Call me back.  This is Vinh!"  At 2:37 p.m., CW-1 placed a consensually recorded phone call to HUYNH.  CW-1 told HUYNH that CW-1 only had $300 to give to HUYNH and the following exchange occurred:

CW-1:   I don't have any money, I only have a few hundred Vinh, I'm telling you the truth.

HUYNH:   What?  You said you'd be working in a couple days, where is that?

---

[21] CW-1 legally possesses a firearm, which agents held during the controlled payment and other operations.

CW-1:          No, right now I'm not working.  I can't accept *job [sic]*.  Right now I don't have
               money to buy insurance this and that so I haven't accepted anything.

HUYNH:         [OV] If that's the case then hang up.  Let-let me talk with Quang.  But, you, you
               should not step out onto the street ok!  Mother fucker, I see you, you're fucking
               dead!

CW-1:          My God, fuck V-Vinh, does it have to be that serious?

HUYNH:         Don't mention that to me.  Mother fuck, since the due date till now, you kept on
               pushing back the date this and that.  This guy has been very proper to you.  Let me
               tell you, that day when you sat down there at Kinh Do, I'll be truthful with you, I
               let you talked.  You were talking and I let you talked.  However you wanted to talk,
               whatever the date you wanted as the due date, I did not [UI]…

I believe that HUYNH was threatening to hurt CW-1 if HUYNH saw him on the street, which

threat was intended to motivate CW-1 to pay the debt (CW-1 also reported to the FBI that CW-1

understood that HUYNH would physically hurt CW-1 if HUYNH saw CW-1).

       29.     On March 6, 2017, prior to the controlled payment, at 3:27 p.m., CW-1 made a

consensually recorded phone call to HUYNH informing HUYNH that CW-1 had $1,000 to give

to HUYNH and QUANG LE.  HUYNH asked CW-1 to meet in approximately an hour later

because HUYNH was not home from work.  Agents followed the procedures described above and

observed the following: at 4:48 p.m., the white Camry, with QUANG LE driving and HUYNH in

the passenger seat, arrived in a parking lot along Park Street in Dorchester, MA.  CW-1 entered

the rear of QUANG LE's white Camry.  At points, CW-1 leaned forward and HUYNH waved his

arms in the air, while the following exchange occurred:

CW-1:          What? *Oh man!* God! Do you know what Vinh? It's just because my job stopped,
               that's all.  It's not anything else.

HUYNH:         Now, now.  I'll tell it straight.  Now I am saying.  Because I do not know.  Now,
               whether you are thinking of robbing, stealing, borrowing or whatever, mother
               fucker, I don't need to know.  Now I am only saying one thing, that's all.  To make
               *payments,* then make them on the right day.  If you are not making them, then you
               won't pay them anymore, *that's it.*  I am not talking anymore.  I am telling you one
               thing.  If you feel that you can pay it in the future, then pay it on the 20th.  Then right

|          |                                                                                                                                                                                                                                                                                                                                                                                                          |
|----------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          | on the 20th I'll get the money. I get the money, then I have to give it to the others too, it's not like I take –I am not doing like  I am [UI] [OV]                                                                                                                                                                                                                                                       |
| CW-1:    | I know, I know.                                                                                                                                                                                                                                                                                                                                                                                           |
| HUYNH:   | I am saying only one word. If you are gonna pay, then pay me on the right day.  But if you are not paying, and you want to pay all at once, then you can go rob, steal, borrow from anyone it's OK.  Then pay me all at once. But when I let you make *payments*, then right on the 20th I collect the *payment*. Right on the 20th.  It has to be right on the 20th for me. I do not want it on the 21st, and I do not want to have one--[OV] |
| CW-1:    | Today, today is what day?                                                                                                                                                                                                                                                                                                                                                                                 |
| HUYNH:   | --one hundred less to me.                                                                                                                                                                                                                                                                                                                                                                                 |
| CW-1:    | Today—today is what day, uh—today is what day, uh?                                                                                                                                                                                                                                                                                                                                                        |
| HUYNH:   | You are paying in that fashion?  To tell you the truth, don't play around with me. We are not very stupid, you know?  You pay in that fashion, it's like you drag it to 2,000, you-- you drag it so that now it has become the 6th of the month already. Now you pay on the 6th, and already one week later, you'll have to pay another 2,000 on the 20th.  I am telling you so you'll know.  Now, you give another 1,000. So, when will you give more? Mother fucker, in one month-- I figure in one week I got from you just 500.  And now you play in that way, how many weeks will you be playing?  Mother fucker, don't say it. If you say it, I won't get it from you--[OV] |
| CW-1:    | [UI]                                                                                                                                                                                                                                                                                                                                                                                                      |
| HUYNH:   | -- we figured for you 2,000 a month, which comes only to 500 a week. I am telling you so you know. Mother fucker! You owe a debt of close to 30,000, and you are paying in that way?  Mother fucker!  Don't let people keep on calling us all the time.  It's a real bother. I have told you already.  Mother fucker, we have to have-- we have to talk to them.  Mother fucker! To handle money in that way, mother fucker, people call and talk, they'll curse. On the 20th, figure how much you pay on the 20th?  And just figure some day you promise.  And the other day really, we talked-- the day [UI] we let you talk [OV] |
| CW-1:    | Everybody knows.  But I got the job problem [OV]                                                                                                                                                                                                                                                                                                                                                          |
| HUYNH:   | We let you make the promise, let you do it all. After we let you determine the day, you negotiated.  Now do you have any [UI] left-- do you have anything else to negotiate? The day is the day you decided.  The money was also your negotiated sum with us. We get 1,000 a week that means that every month you have to pay 4,000. Now you only pay 2,000 a month.  You are the one who decided that you |

will pay on the 20<sup>th.</sup> so 2,000 per month.  We accepted to let you go down to that point. Do you figure we get anything? [OV]

CW-1:     So, that's why I say *thank you* Vinh for that, for the 2,000 a month, *thank you* too, both of you Quang and Vinh, that is OK now too.--

30.     Following that meeting, agents confirmed that CW-1 no longer had $1,000.  CW-1 reported that, when CW-1 entered the vehicle, QUANG LE took a glove from the center console and put it on his right hand.  QUANG LE then put his hand on what CW-1 believed was the handle of a firearm on QUANG LE's right hip.  CW-1 observed that HUYNH had a knife on his ankle.[22] After CW-1 agreed that he would pay $2,000 on March 20, QUANG LE took his hand off the handle of the firearm and then removed the glove from his right hand.

31.     On April 18, 2017, prior to the controlled payment on April 21, at 3:31 p.m., CW-1 made a consensually recorded telephone call to HUYNH, in which CW-1 requested his passport, the last item that had been taken during the kidnapping.  On April 20, 2017, at 3:01 p.m., HUYNH placed an outgoing call to CW-1, which was consensually recorded.  During the call, the following exchange occurred:

HUYNH:     *Okay.* Uh-um-- I already talked to those people. They agreed to give the passport back already.

CW-1:     *Okay. Thank you. Thank you,* little bro, uh-uh-- and then uh-uh-- to-tomorrow I'll come to see you, we'll sit and talk about uh-- the matter uh--

HUYNH:     [OV] Yo.

CW-1:     --how to pay for a line/row, Vinh.

HUYNH:     *Okay--*

CW-1:     [OV] Yeah, and then-then--

HUYNH:     --now we go ahead talk about it.

___

[22] Following the meeting, I followed HUYNH and observed him enter a CVS.  I noted that HUYNH's pants were extremely baggy by his shoes and could have concealed a knife.

18

CW-1:       --and then uh-- I uh-- well, I'm telling you I'll pay, that's it, don't bother, don't worry about it, and then next thing is to bring guns and knives then it'll be annoying. There's nothing to worry about on my side, Vinh. Don't think about anything.

HUYNH:      I know.

32.     On April 21, 2017, agents followed the above procedures and saw CW-1 enter the King Do bakery, where CW-1 met with QUANG LE for the controlled payment.  During the meeting, QUANG LE told CW-1 to pay $3,000 per month.  Following the meeting, agents found the CW-1 had CW-1's passport, which CW-1 had not had prior to the meeting with QUANG LE.

33.     On June 19, 2017, at 1:05 p.m., CW-1 placed a consensually monitored call to QUANG LE.  CW-1 told QUANG LE that CW-1 did not have the money and would call the next week.  QUANG LE said "[y]ou call Vinh [HUYNH] to tell him yourself.  He'd yell at me.  I don't know.  He said if you don't pay in full this week then you could forget it for good!.... That's what he said to me.  You call him and tell him.  I am not handling this!"  At 1:20 p.m., CW-1 received a telephone call from HUYNH which was consensually recorded.  HUYNH said "Once you got the passport, then – once you got it, then the next month you stretched the payments."  CW-1 asked to set a meeting the following week.  HUYNH said: "No!  I am not set up a meeting.  Tell that you one, will pay or second, you fucking stop paying at all.  We'll do like that.  We tell you mother fucker [UI], we might be young but we are not less than anybody really."  CW-1 understood that comment to be a threat.

*Additional Evidence of Bookmaking*

34.     On April 10, 2017, the United District Court for the District of Massachusetts issued an order authorizing the FBI to intercept wire and electronic communications occurring over Target Telephone 1 for thirty days.  The wire surveillance provided additional information regarding the illegal bookmaking operation.  For example, on in April 10, 2017, at 7:26 p.m.,

HUYNH using Target Telephone 1 received an incoming call from BAN "BO" TRAN using 857-269-0234 ("Target Telephone 4"). In this call, BO TRAN told HUYNH that he asked a third party to send over the books for TRAN to review, which I believe is a reference to bookmaking records.

35.    April 26, 2017, at 11:32 a.m., HUYNH using Target Telephone 1 placed an outgoing call to BAN "BO" TRAN using Target Telephone 4. During this call, they first discussed sports betting. In particular, TRAN said that he lost almost "ten meters" [$10,000] that week on his own books, not the books that he shares with HUYNH. I believe that TRAN was distinguishing his own personal betting from the bookmaking operation that TRAN conducts with HUYNH. HUYNH later said, after discussing the robbery of a jewelry store,

> "[i]n the old days, motherfuck, I was young... doing the robberies like this... That day, there were me, Long An, Kiet, three of us, and Tommy. We planned to fucking grab her purse that afternoon. Grab it from her, grab it. It could have a least... well, [UI] several ten of thousand, not small!.... So Tommy, Kiet, and Long An, three guys. Motherfuck, it was funny! Robbing people, but they fucking. As soon as she got out of her car, the guys ran over and knocked her down hard, pow, trying to make her fall. When someone falls, the purse would drop and fly away, you know what I mean?... Motherfuck, she fell but she held on to her purse!"

The FBI is attempting to identify Tommy, Liet and Long An and the victim of their robbery.

36.    On April 28, 2017, at 5:23 p.m., HUYNH using Target Telephone 1 placed an outgoing call to BAN "BO" TRAN using Target Telephone 4. During the call, HUYNH asked BO TRAN if "HAU's side" had given TRAN the money. I believe that HAU was likely an agent and that his "side" referred to the gamblers who placed bets with HAU. TRAN told HUYNH not until after 7 p.m. and that TRAN had seven "meters [$7,000] at his [TRAN's] home. HUYNH asked TRAN to get the money because HUYNH had to get the money before he [HUYNH] could pay other bookmaking agents, who are also participants in the bookmaking business.

37.    On April 28, 2017, at 5:55 p.m., HUYNH using Target Telephone 1 placed an outgoing call to BAN "BO" TRAN using Target Telephone 4. During the call, HUYNH told BO

[TRAN] to give "26" [$2,600] to QUANG LE when BO got the money.  At 5:56 p.m., HUYNH using Target Telephone 1 placed an outgoing call to QUANG LE using Target Telephone 2. During the call, HUYNH told QUANG LE that BO [TRAN] was going to give QUANG LE the money.  I believe that the money was bookmaking proceeds.

## CONCLUSION

38.     The facts contained in this Affidavit show that there is probable cause to believe that VINH HUYNH, QUANG LE, and KIM NGUYEN violated the Target Offenses and BAN "BO" TRAN conducted an illegal gambling business.

I, Matthew J Riportella, having signed this Affidavit under oath as to all assertions and allegations contained herein, state that its contents are true and correct to the best of my knowledge, information and belief.

MATTHEW J. RIPORTELLA
Special Agent
Federal Bureau of Investigation

SUBSCRIBED and SWORN to before
me this 21st day of August, 2017.

MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS