UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                          )     Dot. No. 0101 1:17CR10260-2<br>)<br>QUANG PT LE                                      ) | |

### DEFENDANT QUANG PT LE'S SUPPLEMENTAL SENTENCING MEMORANDUM

The defendant, through counsel, files this **Supplemental Sentencing Memorandum** to the **Sentencing Memorandum** earlier filed in this case.

The purpose of this filing is to make the Court aware of the place gambling has in many Asian cultures, including Vietnamese culture, and to contrast it with that of American culture. It is not intended to explain the defendant's involvement in the offense but rather to portray the context in which it occurred. Toward this end, the defendant has appended an article entitled, "Gambling, Addiction, and Asian Culture," which first appeared under the title, "Gambling Seen as No-Win Situation for Some Asians," written by John M. Glenna in the Los Angeles Times on January 16, 2006.[1] Despite its age, the article's insights remain true today.

The defendant respectfully invites the Court to read the article in its entirety. Glenna's three main relevant points follow:

1. Gambling is an accepted practice in many Asian cultures, even amongst the young and within families. This may be grounded in the fascination many Asians have in the mystical qualities of luck, fate, and chance. This contrasts with the conflicted acceptance of gambling in U.S. culture where, nonetheless, it has become the "adult pastime of choice."

2. Young Asian immigrants tend to be more aggressive than their American counterparts. As Glenna puts it: "Experts believe that recent Asian immigrants – risk-takers willing to leave the familiarity of their homelands – develop more aggressive gambling strategies than their U.S.-born counterparts."

3. In a poll conducted some time ago amongst residents of San Francisco's Chinatown, 70% of the respondents characterized gambling as the community's No. 1 problem. In a

---

[1] The article can be directly accessed at: http://asian-nation.org/printer/gambling/html.

follow-up poll 21% considered themselves pathological gamblers and 16% more considered themselves problem gamblers. This contrasted at the time with an estimated 1.6% of Americans considered pathological gamblers and 3% more considered problem gamblers.

Respectfully submitted,

/s/ Geoffrey G. Nathan

Geoffrey G. Nathan  
Nathan Law Offices  
132 Boylston Street, 5th Floor  
Boston, MA 02116  
617-472-5775  
Nathanlaw@earthlink.net

**Dated:** May 4, 2018

cc: Timothy E. Moran, AUSA  
Carolyn Patten, USPO

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 5/6/18

/s/ [signature]