Le's Family<br>
3 Vinson Street, #2<br>
Dorchester, MA 02124<br>
<br>
May 25, 2018

Hon. Leo T. Sorokin<br>
U.S. District Judge<br>
U.S. District Court<br>
One Courthouse Way<br>
Boston, MA 02210

Your Honor:

This is a letter from Le family. We are writing this letter regarding Quang Le's case. He was sentenced to 6 years by you on 05/08/2018. Our family are very devastated to absorb that. This was the first time we saw Quang actually cried in court after you announced that he gets a 6 years sentence. Quang's attorney, Geoffrey G. Nathan did not perform well in court which led you to give Quang a 6 years sentence. Clearly, as you saw in court that he did not give any objection toward the prosecutor.

The attorney made a false promise to us that Quang will get a sentence under a year or maximum a sentence of 36 months if Quang plead guilty. He only visited Quang twice. He did not bring an interpreter for the second visit in prison. He never makes a phone call with Quang. He told us that he will see Quang for 3 hours in court before the sentencing. In fact, he only saw Quang for a few minutes then he left. He arrived in court late and did not prepare well. He did not understand the whole case in detail because he never ask or listen to Quang. That's why he did not give any objection since he has no clue about the case. He is the most irresponsible, unprofessional, negligent, disrespectful and lazy attorney we have ever known. His lack of law knowledge, lack of communication, ineffective assistance and performance made Quang gets a long sentence. He fails to give his client guidance regarding legal circumstance. He did not give any advice to Quang. He did not keep in touch or give any information after the sentencing. We had to figure out ourselves how to obtain information. I think Quang would get a better sentence if the attorney had handled his case properly in the first place.

At first, Quang did not want to sign the plea agreement because he did not do the kidnap. He wants to go to trial because he did not do the kidnap. We have evidence showing that Quang did not admit the kidnap. Quang even did not admit that he commit the kidnap with the prosecutor during the interview. However, the attorney kept insisting that he will get Quang a sentence under 1 year or maximum 36 months because he can explain this to you in court. I have the e-mail showing evidences of him saying that. In addition, another evidence of him making a promise that during the first prison visit and the interpreter is the witness listening to the whole conversation. Due to his extremely high confident, Quang accepted the plea deal including all the charges. Quang and we thought that he will get a sentence under 1 year or maximum 36 months

sentence. This is the first time our family experience matter in law. We have no knowledge about the law, so we just listen to the attorney due to his high confident promise.

The truth is Quang did not plan the kidnap. He just wanted to see the victim to talk because the victim did not respond by telephone. Then one thing led to another. The victim got into the car because he wants to talk with Vinh about the debt. Quang did not force the victim or anything. The victim and Kim Nguyen, the driver, they were friend. They usually drive in that same car together to hang round as friend. There is no reason they kidnap the victim. In addition, Quang did not operate the car. He was also a victim in this case. Quang was scared that the boss (Vinh Huynh) will do something to him if he doesn't go with the victim to see Vinh. Clearly, Quang just wants to talk with the victim to settle down the issue. He and the victim got into the car because of Vinh's instruction. He did beat up the victim, but it was not too serious. He was just **pretends** slightly beating the victim because he was also scared for his own life if he doesn't listen to Vinh. He told us before that he also wants to call the police too but then he was scared because he was involved in the activity already. He was in the situation where he did not know what to do and he did not mean it.

We understand that he should be punished but the consequence is overwhelming for him and our family. He will be transferred to ICE prison after his criminal sentences, and it is equivalent he will be serving 2 prison sentences. And then he will get deported. Quang really loves his family and his fiancé. A 45 minutes interaction caused him caused him a 6 years sentence plus years in immigration prison plus deportation is like a death sentence to him. Our family will no longer a completed family anymore.

We hope he can get a lighter sentence because he is the quickest one to plead guilty and accept responsibility even though he did not do kidnap. When he did the right thing, he still not getting any better. He told us that there is no motivation for him for trying to be a good person anymore after the sentencing. His life is ruined now by the very first ever mistake in his life. He did not use violent before to anyone even to a fly except for this one-off event because he was scared for his own life. He scared that Vinh Huynh will kill him or do something to him. The prosecutor's job is to prosecute people so not all of what he said is true. He said that it was Quang's idea for the kidnap. No, it was not. Vinh Huynh is the mastermind behind everything. He ordered and threaten Quang to do all the things for him, so he doesn't have to be responsible for everything and he doesn't have to do all the work. We are deeply disappointed that the attorney did not explain anything to you in court.

Quang's current attorney did not respond to us after the sentencing. He forced Quang to plea quickly as soon as possible to finish his job and took the money. Now, we are a broken family. We feel like we just lost a family member. We don't know when we can get reunited. Even when we are reunited, he can't no longer stay with us in the U.S. No family ever want this to happen. Now, we don't know what to do since his attorney did not respond to us. We lost everything. We don't know who we should seeking for help and who we should trust. We feel like the world turns its back on us. We have no money to hire a new attorney. Geoffrey G. Nathan just took everything from us and he did not do anything for us. He broke his promise and lied to us. We don't have a voice because of the language barrier. We feel like everyone just tossing us around.

Everyone in our family is stress out and couldn't be able to focus on our daily lives. But we still have hope. We think you are the one. We think you are the only person who can give us reborn lives. We hope this letter can be passed to you. We are trying to appeal this, and we hope you can respond us back. Please help us.

We also hope that you can help us to investigate attorney Geoffrey G. Nathan. He provided ineffective assistance. He did not give Quang accurate advice regarding the plea agreement and he gave Quang misleading information at the time we retained him and during plea negotiating. The attorney's misleading advice caused Quang to plead guilty and deprived him of his sixth amendment right to counsel. We really don't want this attorney lie, make false promise and ruin other people's lives. We don't understand why he has such a cold heart trying to lie to us when we are in the most difficult situation in life.

Sincerely,


Le's Family

From: LE's family
Vinson St #2
Dorchester, MA 02124
Case 1:17-mj-02090-MBB
Case 1:17-cr-10260-LTS-2

To: Hon. Leo T. Sorokin
U.S. District Judge
U.S. District Court
One Courthouse Way
Boston, MA 02210

6/30

USMS SCREENED

BOSTON MA 021　06 JUN 2018 PM 2 L